In The



Court of Appeals



Ninth District of Texas at Beaumont


____________________



NO. 09-07-399 CV


____________________



STEVE LOWE, JR., Appellant



V.



TONYA LOWE, Appellee






On Appeal from the 1-A District Court


Tyler County, Texas


Trial Cause No. 20,435






MEMORANDUM OPINION



 Steve Lowe, Jr. filed notice of appeal from a protective order issued in Cause No.
20,435. The trial court vacated the protective order on January 7, 2008. No party objected
to the suggestion of mootness. Accordingly, the appeal is dismissed as moot. See Tex. R.
App. P. 29.5; Tex. R. App. P. 42.3(a). 

 APPEAL DISMISSED.



 _____________________________

 STEVE McKEITHEN

 Chief Justice

Opinion Delivered February 28, 2008

Before McKeithen, C.J., Gaultney and Horton, JJ.